## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

STERLING GRIMES,        :

     Plaintiff,         :

vs.                     :       Civil Action No. 1:17-cv-00262-C

BALDWIN COUNTY        :
COMMISSION,           :

     Defendant.        :

## ORDER

This matter is before the Court on the parties' Joint Motion for Protective Order, (Doc. 18), for entry of their proposed Qualified HIPAA Protective Order, (Doc. 18-1). After review of the Qualified HIPAA Protective Order, the parties' Joint Motion for Entry of Qualified HIPAA Protective Order, (Doc. 18), is hereby **GRANTED IN PART** and the Court hereby **ENTERS** its standard qualified HIPAA protective order. Accordingly, the parties are hereby granted the right, upon compliance with the applicable discovery provisions of the Federal Rules of Civil Procedure and the orders of this Court, to obtain from any health care provider, health plan, or other entity covered by the Health Insurance Portability and Accountability Act of 1996, Pub. L. No. 104-191, 110 Stat. 1936 (1996) ("HIPAA"), any and all information relating to the past, present, or future medical condition of any individual who is a party to this action, as well as any and all

documents and information relating to the provision of health care to such individual and payment for the provision of such health care.

This order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose the documents and Protected Health Information in response to such request or subpoena. This order is intended to authorize such disclosures under the privacy regulations issued pursuant to HIPAA. 45 C.F.R. § 164.512(e)(1)(i).

The parties are expressly prohibited from using or disclosing the protected health documents and information obtained pursuant to this order for any purpose other than this action. 45 C.F.R. § 164.512(e)(1)(v)(A). Further, the parties are ordered to return to the covered entity from whom or which such protected health information was obtained all such documents and information (including all copies made) immediately upon conclusion of this action, or otherwise at such time destroy such documentation and information (including all copies made). 45 C.F.R. § 164.512(e)(1)(v)(B).

**DONE** and **ORDERED** this the 13th day of June 2018.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**